**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

IN RE A PETITION FOR RELIEF UNDER CHAPTER 7 OF TITLE 11, U.S. CODE FILED BY OR
AGAINST THE BELOW NAMED DEBTOR(S) ON 8/18/16
Case No.: 16–45890
Judge: Charles E. Rendlen III

 Debtor(s):
Mary L. Harris – See below for reported alias information
xxx–xx–4368
– See below for reported alias information

**NOTICE IS GIVEN THAT:**

The initial Section 341 Meeting notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the U.S. Bankruptcy Court on or before:

**3/24/17**

Creditors who do not file a proof of claim on or before the above listed date **MIGHT NOT share in any distribution from the debtor's estate.**

Claimants should use the Court's Electronic Proof of Claim Filing system (ePOC) found on the Court's web site at www.moeb.uscourts.gov to file their proof of claims. You may access the Court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim. If you are unable to file your proof of claim using the ePOC system, a proof of claim form is available on the U. S. Court's web site at www.uscourts.gov. For more information, please contact the Court's Help Desk at 1–866–803–9517.

There is no fee for filing the proof of claim.

Any creditor who has filed a proof of claim already need not file another proof of claim.

FOR THE COURT:

/s/ Dana C. McWay
Clerk of Court

Dated: 12/15/16

**Reported Alias Information:**
Mary L. Harris –
–
Rev. 10/13 assnot

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                                    Case No. 16-45890-cer
Mary L. Harris                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4          User: pass              Page 1 of 2                Date Rcvd: Dec 15, 2016
                              Form ID: asstnot        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2016.
db            +Mary L. Harris,   2101 East Drive,   Saint Louis, MO 63131-3251
17447458      +AMCOL,   111 Lancewood Rd.,   Columbia, SC 29210-7523
17447459      +AWA Collection,   P.O. Box 6605,   Orange, CA 92863-6605
17447457      +Alpat Company, Inc.,   40070 Cane St.,   Suite 400,   Slidell, LA 70461-3757
17447460      +Bank of America,   P.O. Box 26249,   Tampa, FL 33623-6249
17486250      +Hockensmith McKinnis Hamill, P.C.,   12801 Flushing Meadows Dr., Ste. 101,
               St. Louis, MO 63131-1829
17447466      +Hockensmith Mckinnis Hamill, PC,   12801 Flushing Medow Drive  Suite 101,
               Saint Louis, MO 63131-1828
17486249      +Jefferson County Raintree Country Club,   5925 Plantation Dr.,   Hillsboro, MO 63050-3244
17447467      +Lawrence B Wittels,   8151 Clayton Road, Suite 201,   Saint Louis, MO 63117-1111
17486252      +Lawrence B. Wittels,   8151 Clayton Rd., Ste. 201,   St. Louis, MO 63117-1111
17447471       MSD,   P.O.BOX 437,   Saint Louis, MO 63166-0437
17447469      +Mid County Orthopedic Surgery & Sports,   845 N New Ballas Ct.,   Ste. 200,
               Saint Louis, MO 63141-7169
17447456      +Missouri Department of Revenue,   P.O. Box 3800,   Taxation Division,
               Jefferson City, MO 65105-3800
17447472      #+National Healthcare Collections,   700 Spirit of St Louis,   Chesterfield, MO 63005-1025
17486253      +O'Hara Landscape and Lawn Care,   1040 No. Lindbergh Blvd.,   St. Louis, MO 63132-2912
17447473      +Raintree Plantation Property Ower's Asso,   5998 Highway B,   Hillsboro, MO 63050-3046
17486248      +Raintree Plantation Property Owners Assoc.,   5998 Highway B,   Hillsboro, MO 63050-3046
17447474      +Receivables Solutions Inc.,   P.O. Box 505023,   Saint Louis, MO 63150-5023
17447475      +St. Louis County Collector of Revenue,   41 S. Central Ave.,   Saint Louis, MO 63105-1799
17447476      +State Chase Card,   P.O. Box 15123,   Wilmington, DE 19850-5123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: RECOVERYCORP.COM Dec 16 2016 00:38:00    Recovery Management Systems Corporation,
               25 SE 2nd Avenue, Suite 1120,  Miami, FL 33131-1605
17447461       EDI: BANKAMER.COM Dec 16 2016 00:38:00    Bank of America,   P.O. Box 982238,
               El Paso, TX 79998
17447462      +E-mail/Text: ckrizek@jeffcomo.org Dec 16 2016 00:44:50    Beth Mahn,
               Jefferson County Collector Of Revenue,   P.O. Box 100,   Hillsboro, MO 63050-0100
17447463       EDI: CACINC.COM Dec 16 2016 00:38:00    CACI,   P.O. Box 270480,   Saint Louis, MO 63127-0480
17447464      +EDI: CAPITALONE.COM Dec 16 2016 00:38:00    Cap One,   P.O. Box 30253,
               Salt Lake City, UT 84130-0253
17447465      +EDI: CHASE.COM Dec 16 2016 00:38:00    Chase Card,   P.O. Box 15298,
               Wilmington, DE 19850-5298
17447455       EDI: IRS.COM Dec 16 2016 00:38:00    Internal Revenue Service,   P.O. Box 249,
               Memphis, TN 38101
17447468      +E-mail/Text: JRepa@mcacollectionagency.com Dec 16 2016 00:44:44    MCA,   P.O.Box 480,
               High Ridge, MO 63049-0480
17486251      +E-mail/Text: JRepa@mcacollectionagency.com Dec 16 2016 00:44:44    MCA Management Company,
               2797 High Ridge Blvd.,   Highridge, MO 63049-2202
17447470       E-mail/Text: jill.padua@gmail.com Dec 16 2016 00:45:04    Midwest Sleep Diagnostics,
               13975 Manchester Road., Ste. 9,   Ballwin, MO 63011-4500
17501756       EDI: RECOVERYCORP.COM Dec 16 2016 00:38:00    Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,  Miami, FL 33131-1605
                                                                                     TOTAL: 11

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                               Signature:  /s/Joseph Speetjens

District/off: 0865-4          User: pass          Page 2 of 2          Date Rcvd: Dec 15, 2016
                             Form ID: asstnot     Total Noticed: 31

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
        David A. Sosne    on behalf of Trustee David A. Sosne dastrustee@summerscomptonwells.com,
         dsosne@ecf.epiqsystems.com
        David A. Sosne    dastrustee@summerscomptonwells.com,   dsosne@ecf.epiqsystems.com
        Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
        Rochelle D. Stanton    on behalf of Debtor Mary L. Harris rstanton@rochelledstanton.com,
         rstanton@ecf.inforuptcy.com
                                    TOTAL: 4