IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) Case No. 16-45890-705 |
| | ) Chapter 7 |
| MARY L. HARRIS, | ) |
| | ) Hearing Date: June 28, 2017 |
| Debtor . | ) Hearing Time: 9:30 a.m. |

## OBJECTION TO CLAIM

COMES NOW David A. Sosne, Trustee herein, and objects to the claim described below for the reason(s) set forth:

Claimant:   Chase Bank USA, N.A.
c/o Kevin C. Driscoll, Jr.
Barnes & Thornburg, LLP
1 North Wacker Drive, Suite 4400
Chicago, IL 60606

Claim No.  14                                                   Amount:  $2,283.63 (Unsecured)

Reason(s) for objections:

___   Said claim is excessive.

 X    Trustee is prepared to consent to the allowance of said claim as a tardily filed general unsecured claim pursuant to 11 U.S.C. § 726(a)(3) in the amount of $2,283.63.  **(Note: Tardily filed claims will be paid to the extent there are surplus funds after payment of timely filed claims.)**

___   No proof of debt is attached to claim.

___   No accounting of indebtedness is attached to claim.

___   Said claim is not for a debt of this debtor.

___   No credit is given for the value of security.  Said claim is fully secured.

___   Said claim has been paid by reaffirmation or otherwise.

___   Said claim was filed out of time.

___   Said claim is not entitled to priority status.

___   Other:

WHEREFORE, Trustee prays that said claim be allowed as a tardily filed general unsecured claim pursuant to 11 U.S.C. § 726(a)(3) in the amount of $2,283.63 and such further relief as the court deems proper.

SUMMERS COMPTON WELLS LLC

Date: May 25, 2017         By /s/ David A. Sosne
                           David A. Sosne    (#28365)
                           Chapter 7 Trustee
                           8909 Ladue Road
                           St. Louis, MO 63124
                           (314) 991-4999/(314) 991-2413/FAX
                           dastrustee@summerscomptonwells.com

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Trustee's Objection to Claim 14 will be called up for hearing before the Honorable Charles E. Rendlen III on the 28th day of June, 2017, at 9:30 a.m. or as soon thereafter as counsel may be heard at the United States Bankruptcy Court, 111 South Tenth Street, Floor 7, South Courtroom, St. Louis, MO 63102. A duplicate of the Motion is available upon request to the undersigned or via the Court's CM/ECF Case Management-Electronic Case Filing System. Any response or objection to such must be filed with the Clerk of the United States Bankruptcy Court, Thomas F. Eagleton United States Courthouse, 111 South 10th Street, 4th Floor, St. Louis, Missouri 63102.

**WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY JUNE 21, 2017. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served May 25, 2017 via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing. I hereby also certify that a copy of the foregoing was served May 25, 2017 via United States Mail, first class postage prepaid, on the date of the electronic filing of this document to those individuals and entities not requesting service by electronic filing. The individuals and entities being served electronically or by mail are:

United States Trustee  
United States Department of Justice  
111 South Tenth Street, Ste. 6353  
St. Louis, MO 63102  

Chase Bank USA, N.A.  
c/o Kevin C. Driscoll, Jr.  
Barnes & Thornburg, LLP  
1 North Wacker Drive, Suite 4400  
Chicago, IL 60606  

Mary L. Harris  
2101 East Drive  
St. Louis, MO 63131  


Date: May 25, 2017                                                                  /s/ David A. Sosne