IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re:  #42 | ) Case No. 16-45890-705 |
| | ) Chapter 7 |
| MARY L. HARRIS, | ) |
| | ) |
| Debtor. | ) |
| | ) **Hearing Date: August 15, 2017** |
| | ) **Hearing Time: 9:30 a.m.** |

## ORDER

This matter having come before the Court on the Trustee's Objection to Claim No. 15 of Cavalry SPV I, LLC; notice of said objection having duly been given; no answer having been filed thereto; upon review of the record and for good cause shown it is hereby

ORDERED that the Trustee's Objection to Claim No. 15 of Cavalry SPV I, LLC is sustained and that said claim is to be allowed as a tardily filed general unsecured claim in the amount of $2,190.82, under II USC Section 726(a)(3).

DATED: August 22, 2017
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

1771207

Order Prepared by:
David A. Sosne
Summers Compton Wells LLC
8909 Ladue Road
St. Louis, MO  63124

Copies to

Cavalry SPV I, LLC
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Mary L. Harris
2101 East Drive
St. Louis, MO 63131

1927059                              2